ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

GEORGE O. HAGEMAN (CABN 332457)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    Fax: (415) 436-7234
    George.Hageman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:23-MJ-71564-MAG |
| Plaintiff, | 3:23-cr-00385-VC |
| | **DETENTION ORDER** |
| v. | |
| ELTHON TURCIOS-HERNANDEZ, | |
| Defendant. | |

On October 18, 2023, defendant Elthon Turcios-Hernandez was charged by Complaint with distributing fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

This matter came before the Court on October 25, 2023, for a detention hearing. The defendant was present and represented by defense counsel, Angela Chuang. Assistant United States Attorney George Hageman appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required. Accordingly, the defendant must be detained pending trial in this matter.

[PROPOSED] DETENTION ORDER
3:23-MJ-71564-MAG      1

At the hearing, Defendant waived written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: October 26, 2023

_____
HONORABLE SALLIE KIM
United States Magistrate Judge